# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Lonesome Cottage Furniture Company, Inc.,        Civil No. 11-1498 (RHK/LIB)

        Plaintiff,        **ORDER**

vs.

Valley Mechanical, LLC, an Iowa limited liability
company, Lawrence Reiling, an individual,
Josh Hennessee, an individual,

        Defendants.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  June 9, 2011

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge